**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00673-RPM-BNB

JOVENE FERNANDEZ,

      Plaintiff,

v.

WILLIAMS & FUDGE, INC., a South Carolina corporation,

      Defendant.

---

## ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Notice of Dismissal with Prejudice pursuant

to Fed.R.Civ.P. 41(a)(1)(A)(i) and being fully advised in the premises, DOES HEREBY

ORDER that this case is Dismissed with Prejudice, with each party to pay her or its own

attorney's fees and costs.


              BY THE COURT:

              s/Richard P. Matsch

April 29, 2013

_____    _____

DATE                    Richard P. Matsch, Senior Judge